

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2014

No. 04-14-00260-CV

**ONE (1) 1992 CHEVROLET PK, VIN. 1GCEC14Z4NE164549**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellant Timothy E. Knoeppel's brief was originally due July 7, 2014. We granted appellant an extension until August 14, 2014, to file the brief. The brief has not been filed.

We **order** Timothy E. Knoeppel to file his appellant's brief by **August 29, 2014**, together with a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court